UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**DOLORES HUSSMANN,**

    **Plaintiff,**

vs.          **Case No.** 3:07-cv-556-J-12MCR

**MERCK & CO., INC.,**

    **Defendant.**

## ORDER OF RECUSAL

On June 21, 2007, this case was filed and assigned to the undersigned. The undersigned's spouse own stock in Defendant Merck & Co., Inc.. Accordingly, the undersigned will recuse himself in this case. Therefore, it is

**ORDERED AND ADJUDGED:**

That the undersigned hereby recuses himself from all further proceedings in this case and the Clerk shall reassign the case.

**DONE AND ORDERED** this   22nd   day of June 2007.

*(signature)*
HOWELL W. MELTON
United States District Judge

C:     Counsel of Record